UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**
**(Rural Development)**
Plaintiff,

       **v.**

**JOSE ANTONIO MORALES SANTIAGO, et al.,**
Defendants.

**CIVIL NO. 05-1447 (DRD)**

| MOTION | RULING |
|---|---|
| **Date Filed:** 06/30/05<br>[X] **Plff**    [ ] **Deft**<br>[ ] **Other**<br><br>**Title:** MOTION TO DISMISS<br><br>**(Docket No. 8)** | **GRANTED**. Plaintiffs in the instant case filed a notice of voluntary dismissal due to defendants having filed a bankruptcy proceeding under Chapter 13. Understanding that Fed.R.Civ.P. 41(a)(1)(ii) authorizes plaintiffs to request a voluntary dismissal by filing a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment, and that co-defendants have done neither, the Court hereby **GRANTS** plaintiffs' request and **DISMISSES** all claims against all defendants.<br><br>Judgment shall be issued accordingly |

**Date**:  July 5, 2005

S/ Daniel R. Dominguez
**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**